UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

   vs.

JESUS McGESHICK VALDEZ and
AUTUMN ANTONE,                  **<u>INDICTMENT</u>**

        Defendants.
_____/

The Grand Jury charges:

**Possession with Intent to Distribute Controlled Substances**

On or about January 27, 2025, in Iron County, in the Western District of Michigan, Northern Division, Defendants,

JESUS McGESHICK VALDEZ and
AUTUMN ANTONE,

knowingly and intentionally possessed with intent to distribute, and aided and abetted the possession with intent to distribute, a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance; heroin, a Schedule I controlled substance; cocaine, a Schedule II controlled substance; and cocaine base, a Schedule II controlled substance.

Concerning VALDEZ, the Grand Jury further alleges that the offense involved 40 grams or more of a mixture or substance containing a detectable amount of N-

phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(vi)
21 U.S.C. § 841(b)(1)(C)
18 U.S.C. § 2

**FORFEITURE ALLEGATION**
**(Possession with Intent to Distribute Controlled Substances)**

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853.

Pursuant to 21 U.S.C. § 853, upon conviction of the offense in violation of 21 U.S.C. § 841(a)(1) set forth in this Indictment, Defendants,

JESUS McGESHICK VALDEZ and
AUTUMN ANTONE,

shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to, the following:

a. Approximately $3,257 in currency seized on January 27, 2025, from a black Chevrolet Suburban; and

b. Approximately $4,609 in currency seized on January 27, 2025, from an apartment on Cherry Street in Iron River, Michigan; and

21 U.S.C. § 853(a)
21 U.S.C. § 853(p)
21 U.S.C. § 841

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

ALEXIS M. SANFORD
Acting United States Attorney

_____
THEODORE J. GREELEY
Assistant United States Attorney