UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,                    Case No. 2:25-cr-8-02

        Plaintiff,                                   Hon. Hala Y. Jarbou
                                                     Chief U.S. District Judge
v.

AUTUMN ANTONE,

        Defendant.
_____/

## ORDER OF DETENTION

Defendant Antone appeared on December 4, 2025, regarding alleged bond violations set forth in a Petition for Action on Conditions of Pretrial Release. (ECF No. 44.) Defendant did not contest the violations set forth in ECF No. 44.

For reasons stated on the record, Defendant shall be detained pending trial.

IT IS ORDERED.

Date: December 5, 2025         /s/ *Maarten Vermaat*
                               MAARTEN VERMAAT
                               UNITED STATES MAGISTRATE JUDGE