UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                   Case No. 2:25-cr-8-02

v.

                                   Hon. Hala Y. Jarbou

AUTUMN ANTONE,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On January 29, 2026, Magistrate Judge Maarten Vermaat issued a Report and Recommendation recommending that Defendant's guilty plea as to Count 1 of the Superseding Indictment be accepted.  (R&R, ECF No. 61.)  The R&R was duly served on the parties.  No objections have been filed, and the deadline for doing so expired on February 12, 2026.  Based on this, and on the Court's review of all matters of record, including the audio transcript of the plea proceedings,

    **IT IS ORDERED** that:

1.    The R&R (ECF No. 61) is **APPROVED** and **ADOPTED** as the opinion of the Court.

2.    Defendant's plea of guilty is accepted and Defendant is adjudicated guilty of the charges set forth in Count 1 of the Superseding Indictment.

3.    The written plea agreement (ECF No. 58) is hereby continued under advisement pending sentencing.

4.    Defendant shall remain detained pending sentencing, now scheduled for **June 22, 2026**.

Dated: February 17, 2026            /s/ Hala Y. Jarbou
                                      HALA Y. JARBOU
                                      CHIEF UNITED STATES DISTRICT JUDGE